UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:23-cr-00104-MO |
| v. | INFORMATION |
| JESUS ALONSO IBARRA PAEZ, | 21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| Defendant. | Forfeiture Allegation |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Possession with the Intent to Distribute Methamphetamine)**
**(21 U.S.C. § 841(a)(1) and (b)(1)(C))**

On or about January 4, 2023, in the District of Oregon, defendant **JESUS ALONSO IBARRA PAEZ** did unlawfully and knowingly possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

**FORFEITURE ALLEGATION**

Upon conviction of an offense in Count 1, defendant **JESUS ALONSO IBARRA PAEZ** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and

any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: April 6, 2023

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/ Bryan Chinwuba*
BRYAN CHINWUBA, ILSB #6323733
Assistant United States Attorney